UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

     v.                        Case No. 6:23-cr-70-WWB-EJK

JOHN CAN UNSALAN
  a/k/a Hurrem Can Unsalan

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒     IS            related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

                                 6:23-mj-1408 (Complaint for Sergey Karpushkin)

☐     IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

                             Respectfully submitted,

                             ROGER B. HANDBERG
                             United States Attorney

               By:    */s/ Chauncey A. Bratt*
                           Chauncey A. Bratt
                           Assistant United States Attorney
                           USA No. 174
                           400 W. Washington Street, Suite 3100
                           Orlando, Florida 32801
                           Telephone:   (407) 648-7500
                           Facsimile:     (407) 648-7643
                           E-mail:   chauncey.bratt@usdoj.gov

2

U.S. v. John Unsalan                                    Case No. 6:23-cr-70-WWB-EJK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to the following:


Warren William Lindsey, Counsel for defendant
Mark Nickolas Longwell, Counsel for defendant
Matthew Paul Ferry, Counsel for defendant




*/s/ Chauncey A. Bratt*
Chauncey A. Bratt
Assistant United States Attorney
USA No. 174
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:      (407) 648-7643
E-mail:   chauncey.bratt@usdoj.gov