UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE No. 6:23-cr-70-WWB-EJK

JOHN CAN UNSALAN
  a/k/a Hurrem Can Unsalan

**GOVERNMENT'S NOTICE OF
ESTIMATED LENGTH OF TRIAL**

The United States of America, by Roger B. Handberg, United States

Attorney for the Middle District of Florida, hereby advises the Court that

should this case go to trial, it is estimated that the length will be ten days.


Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:      /s/ Chauncey A. Bratt
         Chauncey A. Bratt
         Assistant United States Attorney
         USA No. 174
         400 W. Washington Street, Suite 3100
         Orlando, Florida 32801
         Telephone:   (407) 648-7500
         Facsimile:     (407) 648-7643
         E-mail:   chauncey.bratt@usdoj.gov