UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE No. 6:23-cr-70-WWB-EJK

JOHN CAN UNSALAN
  a/k/a Hurrem Can Unsalan

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals: David Edelstein, Esquire

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:  */s/ Chauncey A. Bratt*
    Chauncey A. Bratt
    Assistant United States Attorney
    USA No. 174
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:  (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:  chauncey.bratt@usdoj.gov