# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-cr-70-WWB-EJK

JOHN CAN UNSALAN

AUSA: Chauncey Bratt

Defense Attorney: Mark Nickolas Longwell/ Matthew Ferry, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **April 21, 2023**<br>2:35-4:28<br>1 hour/53 minutes |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Heather Suarez<br>heathersuarez.usocr@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### DETENTION HEARING

Case called; appearances taken; procedural setting by the Court.
Counsel for the Government proffered evidence.
Counsel for the Government advised of the maximum penalties.
Government exhibit #1 entered.
Counsel for the Defendant proffered evidence.
Counsel for the Government presented argument.
Counsel for the Defendant presented argument.
Court granted the motion for detention.
Order of Detention entered.