UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-70-WWB-EJK

JOHN CAN UNSALAN

**NOTICE OF MAXIMUM PENALTIES**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties pursuant to this Court's Order (Doc. 15), stating as follows:

**PENALTIES**

Count One of the Indictment charges the defendant with conspiring to violate and evade U.S. sanctions, in violation of the International Emergency Economic Powers Act (IEEPA); Counts Two through Eleven charge the defendant with violating IEEPA. Each of Counts One through Eleven is punishable by up to 20 years' imprisonment, up to a $1,000,000 fine, up to a three-year term of supervised release, and a $100 Special Assessment.

Count Twelve of the Indictment charges the defendant with conspiring to commit international money laundering. Counts Thirteen through Twenty-Two charge the defendant with international money laundering. Each of Counts Twelve through Twenty-

Two is punishable by up to 20 years' imprisonment, up to a $500,000 fine, up to a three-year term of supervised release, and a $100 Special Assessment.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Chauncey A. Bratt*
       CHAUNCEY A. BRATT
       Assistant United States Attorney
       USA No. 174
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: chauncey.bratt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark Longwell, Esq.

Warren Lindsey, Esq.

Matthew Ferry, Esq.

*/s/ Chauncey A. Bratt*
Chauncey A. Bratt
Assistant United States Attorney
USA No. 174
400 W. Washington St., Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: chauncey.bratt@usdoj.gov