# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 6:23-cr-70-WWB-EJK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Can Unsalan | depoist |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jennifer M. Harrington, AUSA
400 West Washington St., Ste. 3100
Orlando, FL 32801

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please deposit check #1072, from Losey PLLC, Trust Account, dated 1/9/24, payable to the USMS, in the amount of $111,831,04 into SADF.
Cats No. 24-FBI-~~000124~~ 061754

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 407-648-7500
DATE: 1/11/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No.: 18
District to Serve No.: 18
Signature of Authorized USMS Deputy or Clerk
Date: 1/16/24

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 1/17/2024
Time: [ ] am  [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: The amount of $111,831.04 was deposited in the SADF on 1/17/2024.

RCVD USMS M/FL TAMPA
2024 JAN 16 PM 1:27

Form USM-285
Rev. 03/21