UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

        CASE NO. 6:23-cr-70-WWB-EJK

    Plaintiff,

v.

JOHN CAN UNSALAN,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE HEARING ONE DAY

John Can Unsalan, by and through his undersigned counsel, moves to continue the sentencing hearing from April 16, 2024, to April 17, 2024.

**A.   STATEMENT OF FACTS**

1. Mr. Unsalan's case is scheduled for sentencing on April 16, 2024, at 2 p.m.

2. The undersigned is scheduled to appear before the Honorable Carlos E. Mendoza, United States District Judge, on April 16, 2024, at 1 p.m., for a sentencing hearing in the matter of United States v. Rany Jonathan Parrales, 6:23-cr-22-CEM-LHP.

3. Earlier that day, at 9 a.m., the undersigned is scheduled to appear for an evidentiary hearing in the Domestic Violence Division in Orlando, Florida, on a confidential matter[1] before the Honorable Alison A. Krestes, Circuit Judge in and for the Ninth Judicial Circuit.

4. The undersigned has conferred with the government and the government does not oppose the relief requested herein.

---

[1] To be clear, the undersigned is appearing in the capacity of a lawyer representing a client. Pursuant to Florida law, the matter is confidential at this stage.

5. On April 17, 2024, at 9:30 a.m., the Court is considering for sentencing the matter of a related case, *United States v. Sergy Karpushkin*, 6:23-cr-173-WWB-EJK.

6. For the sake of conserving judicial resources, the undersigned requests this Court call this matter for sentencing after the *Karpushkin* sentencing hearing.

B. CONCLUSION

WHEREFORE, Mr. Unsalan requests this Court grant this motion and continue the sentencing hearing to April 17, 2024.

Respectfully submitted on March 22, 2024.

Respectfully submitted,

*/s/ Vincent A. Citro*

**Vincent A. Citro**
Florida Bar No. 468657
Primary Email: vcitro@losey.law
Secondary Email: docketing@losey.law
**Losey PLLC**
1420 Edgewater Drive
Orlando, Florida 32804
Telephone: (407) 205-8456
Counsel for John Can Unsalan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

*Co-Counsel for Mr. Unsalan*:
Warren W. Lindsey via warren@lindseyferryparker.com
Matthew P. Ferry via matt@lindseyferryparker.com

*Counsel for the government*:
Chauncey A. Bratt via chauncey.bratt@usdoj.gov
Emma D. Ellenrieder via emma.ellenreider@usdoj.gov
Sean O'Dowd via sean.o'dowd@usdoj.gov

Respectfully submitted,

*/s/ Vincent A. Citro*
**Vincent A. Citro**
Florida Bar No. 468657
Primary Email: vcitro@losey.law
Secondary Email: docketing@losey.law
**Losey PLLC**
1420 Edgewater Drive
Orlando, Florida 32804
Telephone: (407) 205-8456
Counsel for John Can Unsalan

3